**Order filed August 14, 2014**



In The

# 𝕱𝖔𝖚𝖗𝖙𝖊𝖊𝖓𝖙𝖍 𝕮𝖔𝖚𝖗𝖙 𝖔𝖋 𝕬𝖕𝖕𝖊𝖆𝖑𝖘

_____

## NO. 14-14-00230-CV
_____

**NANNETTE DULCIE, Appellant**

**V.**

**GUARDIAN TRANSFER STORAGE CO. INC., Appellee**

---

**On Appeal from the County Civil Court at Law No. 1**
**Harris County, Texas**
**Trial Court Cause No. 1039132**

---

## ORDER

Appellant's brief was filed on August 7, 2014. The court has determined that appellant has not properly presented this cause in her brief on file. Appellant failed to substantially comply with Rule 38.1 of the Texas Rules of Appellate Procedure. In particular, appellant has failed to provide a clear and concise argument for each contention made with appropriate citations to the record and to authority. Tex. R. App. P. 38.1(f), (h).

Accordingly, pursuant to Rule 38.9(b), the court orders appellant to rebrief. *See* Tex. R. App. P. 38.9(b). Appellant's amended brief is due September 12, 2014, and appellee's responsive brief shall be due 30 days after appellant's revised brief is filed. If appellant fails to file a brief on or before September 12, 2014, the appeal will be dismissed for want of prosecution. *See* Tex. R. App. P. 42.3(b).


PER CURIAM